In the Matter of the Accounting of FRANK B. LOWN, as Executor of CHARLES H. ROBERTS, Deceased.

THORNTON D. ROBERTS, Appellant; FRANCES P. ROBERTS, Appellant and Respondent; FRANK B. LOWN, as Executor, et al., Respondents.

*Matter of Lown*, 165 App. Div. 552, affirmed.
(Argued November 19, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 6, 1915, which affirmed a decree of the Ulster County Surrogate's Court settling the accounts of the executor of Charles H. Roberts, deceased.

*Selden Bacon* for appellant.

*Howard Chipp* for appellant and respondent.

*Danforth E. Ainsworth* and *Harry C. Barker* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.